```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                          TAMPA DIVISION
SUNTRUST BANK,

               Plaintiff,
vs.                                  Case No.  8:10-cv-1203-T-33TGW

LEE WETHERINGTON HOMES, INC. ET
AL.,

               Defendants.
_____/
```

## ORDER

This matter comes before the Court pursuant to SunTrust Bank's response to the Court's October 12, 2010 Order to Show Cause. (Doc. # 12, 13). The Court's Order to Show Cause noted that several of the Defendants in this case appear to be in default and that SunTrust has yet to move for the entry of a default by the Clerk. The Court's Order to Show Cause also pointed out that SunTrust has yet to file the past-due Case Management Report.

SunTrust timely responded to the Court's Order to Show Cause and submits, *inter alia*, that it has settled with various parties, that it will move for a Clerk's default against the non-settling parties, and that it plans to move for the entry of a foreclosure judgment. The Court has reviewed SunTrust's detailed submission and discharges its Order to Show Cause. In addition, for the reasons stated in SunTrust's submission, SunTrust is relieved of the responsibility of filing a Case

Management Report at this time.

However, if this matter is not resolved by December 17, 2010, the Court will issue an Order directing SunTrust to file a Case Management Report so that this case may be set for trial.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Court's October 12, 2010 Order to Show Cause is discharged.

(2) SunTrust is relieved of the responsibility of filing a Case Management Report until further notice of the Court.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>27th</u> day of October 2010.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

copies to:

All parties of record

2